In the Matter of the Application of PETER S. QUICK, a Judgment Debtor, Appellant, to be Discharged from Imprisonment.

CHARLES E. FARRELL, JR., Respondent.

*Matter of Quick*, 92 App. Div. 131, affirmed.
(Argued November 14, 1904; decided November 29, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 22, 1904, which reversed an order of the Saratoga County Court discharging the petitioner from imprisonment.

*Edgar T. Brackett* for appellant.

*John L. Henning* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, HAIGHT and WERNER, JJ. Dissenting: BARTLETT and VANN, JJ.